IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Zucorry Quattlebaum, a/k/a Zucorry Quattlebawn, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Lexington County Sheriff Metts; ) <br> Shannon Lovell, Deputy Sheriff, ) <br> ) <br> Defendants. ) <br> ) | C/A No.: 3:12-230-MBS-SVH <br><br><br> REPORT AND RECOMMENDATION |

Plaintiff, proceeding pro se and in forma pauperis, brought this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. Defendants filed a motion to dismiss on April 9, 2012. [Entry #21]. As Plaintiff is proceeding *pro se*, the court entered an order on April 10, 2012, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of a motion to dismiss and of the need for him to file an adequate response by May 14, 2012. [Entry #23]. Plaintiff was specifically advised that if he failed to respond adequately, Defendants' motion may be granted, thereby ending this case. Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff failed to respond to the motion.

On May 15, 2012, the court ordered Plaintiff to advise whether he wished to continue with the case by May 29, 2012. [Entry #29]. Plaintiff again failed to file a response. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, the undersigned recommends this action

be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO RECOMMENDED.

May 30, 2012                                   Shiva V. Hodges
Columbia, South Carolina                United States Magistrate Judge